138016

# UNITED STATES DISTRICT COURT
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-740 RHK/JMM **Case Title:** Tennant Company v. Windsor Industries, Inc.

**Affidavit of Movant**

I, David P. Pearson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Robert Brunelli, an attorney admitted to practice in the ________ District of Colorado, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Windsor Industries in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

| [signature] | 84712 | July 13, 2001 |
|---|---|---|
| Signature | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Robert R. Brunelli, am currently a member in good standing of the U.S. District Court for the ________ District of Colorado, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Robert R. Brunelli | [signature] | 7/12/01 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: 20070

Law Firm Name & Address: Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141

Telephone: (303) 863-9700

Motion Granted: [signature] JUL 17 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUL 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

ORIGINAL

6/99