IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Tennant Company,

Plaintiff,

v.

Windsor Industries, Inc.,

Defendant.

---

Civil No. 01-CV-740 RHK/JMM

**ORDER AND**
**PERMANENT INJUNCTION**

Plaintiff Tennant Company ("Tennant") and Defendant Windsor Industries, Inc. ("Windsor") have jointly moved the Court to dismiss all pending claims and counterclaims, without prejudice, and to have the Court enter a Permanent Injunction. Being fully advised in the premises thereof,

THE COURT ENTERS THE FOLLOWING ORDER AND PERMANENT INJUNCTION:

1. Tennant's claims and Windsor's counterclaims pending in this action are hereby dismissed, without prejudice.

2. As of March 31, 2002, Windsor is permanently enjoined from any further manufacture, offering for sale and/or selling of Saber floor scrubber Model Nos. SS24, SS26, SS28, SS34, SS428, SX24, SX24SP, SX34, SX34SP, S24, S26, S28, S34, S428, and all products which are identical thereto but sold under any other name, trademark and/or model designation. The scope of this Injunction is worldwide. Windsor, however, shall remain free to repair, manufacture and

FILED JAN 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

provide replacement parts and consumable parts and service all Saber products distributed to any third party prior to March 31, 2002.

3. The parties are to bear their own costs and expenses incurred in this action.

DONE AND ORDERED this 24st day of January, 2001.

BY THE COURT:

United States District Court Judge

J:\2651\-186\PERMANENT INJUNCTION.wpd